## ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Highland Al Hujaz Co., Ltd. ) ASBCA Nos. 59746, 59818, 60134
) 60385, 61895
)
Under Contract No. W917PM-09-C-0049 )

APPEARANCES FOR THE APPELLANT:    Herman M. Braude, Esq.
Edward D. Manchester, Esq.
  Braude Law Group, P.C.
  Rockville, MD

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Cara M. Mroczek, Esq.
Matthew Tilghman, Esq.
Rebecca L. Bockmann, Esq.
Edward J. McNaughton, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Middle East
  Winchester, VA

## ORDER OF DISMISSAL

The appeals have been withdrawn. Accordingly, they have been dismissed from the Board's docket with prejudice.

Dated: January 24, 2019

_James R. Sweet_
_____
JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59746, 59818, 60134, 60385, 61895, Appeals of Highland Al Hujaz Co., Ltd., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
